# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.   19-cr-52-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**1. JEFFREY MARI, and**

**2. ALEXANDRA MARI,**

    Defendants.

---

## INDICTMENT

---

The Grand Jury charges:

### Count 1
### Bankruptcy Fraud
### and
### Aiding and Abetting
### 18 U.S.C. §§ 2 and 157(1)

*The Scheme to Defraud*

1. Between in or about 2015 and November, 2018, defendants, Jeffrey Mari and Alexandra Mari devised and intended to devise a scheme and artifice to defraud their creditors, the bankruptcy trustee, and the bankruptcy court, through a bankruptcy proceeding under Title 11, United States Code.

2. It was part of the scheme that prior and subsequent to filing bankruptcy, defendants submitted to bank(s) and creditor(s) false statements of secured assets in order to conceal the depletion of collateral from their creditor(s).

3. It was a part of the scheme that defendants, prior to filing bankruptcy,

transferred assets to other persons and did so in a way that made it appear that the assets were no longer their property and concealed the existence of the assets from the bankruptcy trustee, bankruptcy court, and creditor(s).

4. It was a part of the scheme that defendants omitted assets from their statement of financial affairs and associated schedules and denied any ownership of the assets when questioned in connection with the bankruptcy proceeding.

5. It was a further part of the scheme that defendants directly and indirectly transferred assets to family members to conceal their existence from the bankruptcy trustee, bankruptcy court, and creditor(s).

6. It was a further part of the scheme that defendants caused false and misleading documents (affidavits) to be filed in relation to litigation involving assets of the bankruptcy estate in which creditor(s) had a security interest.

7. It was a further part of the scheme that defendants falsely testified that others told them to falsify documents to maintain a line of credit based upon those false statements.

*Execution of the Scheme*

8. On or about November 21, 2017, in the State and District of Colorado, for the purpose of executing and concealing, and attempting to execute and conceal, the above-described scheme and artifice to defraud, defendants,

**JEFFREY MARI and**

**ALEXANDRA MARI,**

filed a petition under Title 11, chapter 7, United States Code, in the U.S. Bankruptcy Court for the District of Colorado.

All in violation of Title 18 U.S.C., Sections 157(1) and 2.

## Count 2
### False Statement to FDIC Insured Bank
### 18 U.S.C. § 1014

On or about August 15, 2017, in the District of Colorado, defendant,

**ALEXANDRA MARI,**

knowingly made a false statement and report for the purpose of influencing the action of First National Bank of Omaha, an institution the accounts of which are insured by the Federal Deposit Insurance Corporation, in connection with a loan, in that the defendant falsely represented the existence of 3446 head of cattle in an inventory evidencing the collateral on a loan, when in truth and in fact, as the defendant well knew, there were less than half that number of head of cattle.

All in violation of Title 18 U.S.C., Section 1014.

## Count 3
### Fraudulent Transfer and Concealment
### 18 U.S.C. § 152(7)

In or about October 2017, in the State and District of Colorado, defendant,

**JEFFREY MARI,**

in contemplation of filing his own bankruptcy case under Title 11, United States Code, and with the intent to defeat the provisions of said title, did knowingly and fraudulently transfer and conceal his property by selling and transferring assets, to wit: steel feedbunks, to another person.

All in violation of Title 18 U.S.C., Section 152(7).

## Count 4
### Fraudulent Transfer and Concealment
### and
### Aiding and Abetting
### 18 U.S.C. §§ 2 and 152(7)

On or about February 20, 2018, in the State and District of Colorado, defendants,

**JEFFREY MARI and
ALEXANDRA MARI,**

with the intent to defeat the provisions of Title 11, United States Code, did knowingly and fraudulently conceal their property by failing to report the existence of financial accounts in which they maintained an interest at Bank of the West, and did aid and abet same.

All in violation of Title 18 U.S.C., Sections 2 and 152(7).

## Count 5
### Fraudulent Transfer and Concealment
### and
### Aiding and Abetting
### 18 U.S.C. §§ 2 and 152(7)

On or about October 6, 2017, in the State and District of Colorado, defendants,

**JEFFREY MARI and

ALEXANDRA MARI,**

in contemplation of filing their own bankruptcy case under Title 11, United States Code, and with the intent to defeat the provisions of said title, did knowingly and fraudulently transfer and conceal their property, to wit closing proceeds from the sale of a 1.5 acre property in Kit Carson County, by depositing monies via check into an account in the name of their minor child at McCook National Bank, and did aid and abet same.

All in violation of Title 18 U.S.C., Sections 2 and 152(7).

**Count 6**
**Fraudulent Transfer and Concealment**
**and**
**Aiding and Abetting**
**18 U.S.C. §§ 2 and 152(7)**

On or about December 27, 2016, in the State and District of Colorado, defendants,

**JEFFREY MARI and**

**ALEXANDRA MARI,**

in contemplation of filing their own bankruptcy case under Title 11, United States Code, and with the intent to defeat the provisions of said title, did knowingly and fraudulently transfer and conceal their property, to wit monies via wire transfer to Alexandra Mari's father in an amount of $5000.00, and did aid and abet same.

All in violation of Title 18 U.S.C., Sections 2 and 152(7).

**Count 7**
**Fraudulent Transfer and Concealment**
**and**
**Aiding and Abetting**
**18 U.S.C. §§ 2 and 152(7)**

On or about April 10, 2017, in the State and District of Colorado, defendants,

**JEFFREY MARI and**

**ALEXANDRA MARI,**

in contemplation of filing their own bankruptcy case under Title 11, United States Code, and with the intent to defeat the provisions of said title, did knowingly and fraudulently transfer and conceal their property, to wit monies via wire transfer to Alexandra Mari's father in an amount of $3900.00, and did aid and abet same.

All in violation of Title 18 U.S.C., Sections 2 and 152(7).

### Count 8
### Fraudulent Transfer and Concealment
### and
### Aiding and Abetting
### 18 U.S.C. §§ 2 and 152(7)

On or about August 14, 2017, in the State and District of Colorado, defendants,

**JEFFREY MARI and**
**ALEXANDRA MARI,**

in contemplation of filing their own bankruptcy case under Title 11, United States Code, and with the intent to defeat the provisions of said title, did knowingly and fraudulently transfer and conceal their property, to wit monies from the sale of cattle in which they maintained a partnership interest with M.B. in an approximate amount of $71,853.00, and did aid and abet same.

All in violation of Title 18 U.S.C., Sections 2 and 152(7).

### Count 9
### Fraudulent Transfer and Concealment
### and
### Aiding and Abetting
### 18 U.S.C. §§ 2 and 152(7)

On or about September 22, 2017, in the State and District of Colorado, defendants,

**JEFFREY MARI and**

**ALEXANDRA MARI,**

in contemplation of filing their own bankruptcy case under Title 11, United States Code, and with the intent to defeat the provisions of said title, did knowingly and fraudulently transfer and conceal their property, to wit monies via wire transfer to Alexandra Mari's father in an amount of $8500.00, and did aid and abet same.

All in violation of Title 18 U.S.C., Sections 2 and 152(7).

### Count 10
### Fraudulent Transfer and Concealment
### and
### Aiding and Abetting
### 18 U.S.C. §§ 2 and 152(7)

On or about December 29, 2017, in the State and District of Colorado, defendants,

**JEFFREY MARI and**

**ALEXANDRA MARI,**

with the intent to defeat the provisions of Title 11, United States Code, did knowingly and fraudulently transfer and conceal their property, to wit monies via wire transfer to Alexandra Mari's father in an amount of $4000.00, and did aid and abet same.

All in violation of Title 18, United States Code, Sections 2 and 152(7).

### COUNT 11
### Perjury in Proceeding Before or Ancillary to Federal Court
### 18 U.S.C. § 1623

On or about January 11, 2018, in the State and District of Colorado, defendant,

**JEFFREY MARI,**

made a materially false statement under oath in a proceeding before and ancillary to a court of the United States, in bankruptcy case number 17-20688-KHT, knowing such statement was false, as follows:

| FALSE STATEMENT | THE TRUTH IN FACT |
|---|---|
| Jeffrey Mari testified that he was told by B.D., a bank representative, to "fudge the numbers" when asked about discrepancies in the number of head of cattle reported to the bank on August 15, 2017. | B.D. never told Jeffrey Mari to "fudge the numbers" in relation to the number of head of cattle reported to the bank on August 15, 2017. |

In violation of Title 18, United States Code, Section 1623.

## COUNT 12
### Perjury in Proceeding Before or Ancillary to Federal Court
### 18 U.S.C. § 1623

On or about October 16, 2018, in the State and District of Colorado, defendant,

**JEFFREY MARI,**

made a materially false statement under oath in a proceeding before and ancillary to a court of the United States, in bankruptcy case number 17-20688-KHT, knowing such statement was false, as follows:

| FALSE STATEMENT | THE TRUTH IN FACT |
|---|---|
| Jeffrey Mari testified that he was told by B.D., a bank representative, to "fudge the numbers" when asked about discrepancies in the number of head of cattle reported to the bank in borrowing base reports. | B.D. never told Jeffrey Mari to "fudge the numbers" in relation to the number of head of cattle reported to the bank in borrowing base reports. |

In violation of Title 18, United States Code, Section 1623.

## COUNT 13
### Perjury in Proceeding Before or Ancillary to Federal Court
### 18 U.S.C. § 1623

On or about October 16, 2018, in the State and District of Colorado, defendant,

**JEFFREY MARI,**

made a materially false statement under oath in a proceeding before and ancillary to a court of the United States, in bankruptcy case number 17-20688-KHT, knowing such statement was false, as follows:

| FALSE STATEMENT | THE TRUTH IN FACT |
| --- | --- |
| Jeffrey Mari testified that "at any time when we sold cattle, the bank's name was on the check." | The bank was not always referenced in checks received from the sale of cattle. |

In violation of Title 18, United States Code, Section 1623.

## COUNT 14
### Perjury in Proceeding Before or Ancillary to Federal Court
### 18 U.S.C. § 1623

On or about January 11, 2018, in the State and District of Colorado, defendant,

**ALEXANDRA MARI,**

made a materially false statement under oath in a proceeding before and ancillary to a court of the United States, in bankruptcy case number 17-20688-KHT, knowing such statement was false, as follows:

| FALSE STATEMENT | THE TRUTH IN FACT |
|---|---|
| Alexandra Mari testified that she was told by B.D., a bank representative, to "fudge the numbers" when asked about discrepancies in the number of head of cattle reported to the bank on August 15, 2017. | B.D. never told Alexandra Mari to "fudge the numbers" in relation to the number of head of cattle reported to the bank on August 15, 2017. |

In violation of Title 18, United States Code, Section 1623.

## COUNT 15
### Perjury in Proceeding Before or Ancillary to Federal Court
### 18 U.S.C. § 1623

On or about October 17, 2018, in the State and District of Colorado, defendant,

**ALEXANDRA MARI,**

made a materially false statement under oath in a proceeding before and ancillary to a court of the United States, in bankruptcy case number 17-20688-KHT, knowing such statement was false, as follows:

| FALSE STATEMENT | THE TRUTH IN FACT |
|---|---|
| Alexandra Mari testified she was told by B.D. to "fudge the numbers and make it look right until the market turns around" in relation the number of head of cattle reported to the bank in the borrowing base reports. | B.D. never told Alexandra Mari to "fudge the numbers and make it look right until the market turns around" in relation the number of head of cattle reported to the bank in the borrowing base reports. |

In violation of Title 18, United States Code, Section 1623.

## COUNT 16
### Perjury in Proceeding Before or Ancillary to Federal Court
### 18 U.S.C. § 1623

On or about October 17, 2018, in the State and District of Colorado, defendant,

**ALEXANDRA MARI,**

made a materially false statement under oath in a proceeding before and ancillary to a court of the United States, in bankruptcy case number 17-20688-KHT, knowing such statement was false, as follows:

| FALSE STATEMENT | THE TRUTH IN FACT |
| --- | --- |
| Alexandra Mari testified she first realized or decided to file bankruptcy sometime in November 2017, "when we didn't see us having another option." | Alexandra Mari considered filing bankruptcy prior to November 2017. |

In violation of Title 18, United States Code, Section 1623.

## COUNT 17
### Perjury in Proceeding Before or Ancillary to Federal Court
### 18 U.S.C. § 1623

On or about October 17, 2018, in the State and District of Colorado, defendant,

**ALEXANDRA MARI,**

made a materially false statement under oath in a proceeding before and ancillary to a court of the United States, in bankruptcy case number 17-20688-KHT, knowing such statement was false, as follows:

| FALSE STATEMENT | THE TRUTH IN FACT |
|---|---|
| Alexandra Mari testified there were no cattle together with M.B. after the beginning of 2016. | Jeffrey Mari and Alexandra Mari maintained a partnership interest in cattle owned in partnership with M.B. during and after 2016. |

In violation of Title 18, United States Code, Section 1623.

## COUNT 18
### Perjury in Proceeding Before or Ancillary to Federal Court
### 18 U.S.C. § 1623

On or about October 17, 2018, in the State and District of Colorado, defendant,

**ALEXANDRA MARI,**

made a materially false statement under oath in a proceeding before and ancillary to a court of the United States, in bankruptcy case number 17-20688-KHT, knowing such statement was false, as follows:

| FALSE STATEMENT | THE TRUTH IN FACT |
|---|---|
| Alexandra Mari testified they were told by B.D. to submit the borrowing base reports late to the bank. | B.D. never told Alexandra Mari or Jeffrey Mari to submit late borrowing base reports to the bank. |

In violation of Title 18, United States Code, Section 1623.

DATED this _____ day of February, 2019.

A TRUE BILL

<u>Ink signature on file in Clerk's Office</u>
Foreperson

JASON R. DUNN
United States Attorney

s/Jaime A. Pena
Jaime A. Pena,
Assistant United States Attorney
U.S. Attorney's Office
1801 California St. Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0409
E-mail: Jaime.pena@usdoj.gov